NINA F. LOCKER, State Bar No. 123838
CATHERINE E. MORENO, State Bar No. 264517
BENJAMIN M. CROSSON, State Bar No. 247560
CRYSTAL M. GAUDETTE, State Bar No. 247712
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: nlocker@wsgr.com
Email: cmoreno@wsgr.com
Email: bcrosson@wsgr.com
Email: cgaudette@wsgr.com

Attorneys for Defendants Hugh C. Martin, Brook Byers, William C. Ericson, Michael Hunkapiller, Randall S. Livingston, Susan Siegel, David Singer and Nominal Defendant Pacific Biosciences of California, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT BURLINGAME, Derivatively on Behalf of PACIFIC BIOSCIENCES OF CALIFORNIA, INC., <br><br>            Plaintiff, <br><br>    v. <br><br> HUGH C. MARTIN, BROOK BYERS, WILLIAM W. ERICSON, MICHAEL HUNKAPILLER, RANDALL S. LIVINGSTON, SUSAN SIEGEL, and DAVID SINGER, <br><br>            Defendants, <br><br> and <br><br> PACIFIC BIOSCIENCES OF CALIFORNIA, INC., <br><br>            Nominal Defendant. | CASE NO.: 4:11-CV-6703 (CW) <br><br> **STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT** |

STIP. AND [PROPOSED] ORDER DISMISSING COMPL.
CASE NO. 4:11-CV-6703 (CW)

Defendants Hugh C. Martin, Brook Byers, William C. Ericson, Michael Hunkapiller, Randal S. Livingston, Susan Siegel, and David Singer, along with Nominal Defendant Pacific Biosciences of California, Inc. ("PacBio") (collectively, the "Defendants"), and Plaintiff Robert Burlingame ("Plaintiff") (together, the "Parties") hereby stipulate and agree as follows:

WHEREAS, purportedly acting on behalf of Nominal Defendant PacBio, Plaintiff filed his Verified Shareholder Derivative Complaint (Dkt. No. 1) on December 29, 2011, (the "Action") against certain current and former PacBio officers and directors, asserting, among other things, breach of fiduciary duty, waste of corporate assets, and unjust enrichment;

WHEREAS, on March 9, 2012, the Court approved the Parties' stipulation that Defendants shall not be required to respond to Plaintiff's allegations unless and until Plaintiff files an amended complaint following the resolution of all motions to dismiss in a related putative securities class action, captioned *Primo v. Pacific Biosciences of California, Inc., et al.*, Case No. 4:11-CV-6599 (N.D. Cal.), which has not yet occurred;

WHEREAS, Plaintiff and Plaintiff's counsel have considered the relevant case law and the potential hurdles to successfully proceeding with this Action derivatively, and believe that given the unique facts and circumstances particular to this Action, the litigation risks of proceeding with this Action outweigh the potential benefit to Nominal Defendant PacBio and its shareholders.  Accordingly, the Parties have conferred and agreed that, in the interests of PacBio and its shareholders, as well as efficiency and conservation of judicial resources, Plaintiff shall voluntarily dismiss this Action without prejudice;

WHEREAS, none of the Defendants in this action has entered into a settlement with Plaintiff in connection with this voluntary dismissal and neither Plaintiff nor his counsel have received or will receive any form of consideration from any of the Defendants in exchange for dismissing this Action;

NOW, THEREFORE, the Parties, by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a), subject to the Court's approval, as follows:

1. This Action shall be dismissed without prejudice;

2. Each party shall bear its own costs, expenses, and attorneys' fees.

Because the Action is in its preliminary stages, it is respectfully submitted that no notice is required under Federal Rule of Civil Procedure 23.1 and that Nominal Defendant PacBio and its shareholders will not be prejudiced by this dismissal.

Dated:  April 11, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   s/ Catherine E. Moreno
         CATHERINE E. MORENO

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorneys for Defendants Hugh C. Martin, Brook Byers, William C. Ericson, Michael Hunkapiller, Randall S. Livingston, Susan Siegel, David Singer and Nominal Defendant Pacific Biosciences of California, Inc.*

Dated: April 11, 2013

BRAMSON PLUTZIK MAHLER & BIRKHAEUSER, LLP

By:    s/ Michael S. Strimling
         MICHAEL S. STRIMLING

2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

*Attorneys for Plaintiff Robert Burlingame*

### [PROPOSED] ORDER

Pursuant to the foregoing stipulation of counsel for the respective parties hereto, and good cause appearing, IT IS SO ORDERED.

Dated:  April 12, 2013

By: _____
The Honorable Claudia Wilken
United States District Judge

STIP. AND [PROPOSED] ORDER DISMISSING COMPL.
CASE NO. 4:11-CV-6703 (CW)

-3-