1  NINA F. LOCKER, State Bar No. 123838
   CATHERINE E. MORENO, State Bar No. 264517
2  BENJAMIN M. CROSSON, State Bar No. 247560
   CRYSTAL M. GAUDETTE, State Bar No. 247712
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
6  Email: nlocker@wsgr.com
   Email: cmoreno@wsgr.com
7  Email: bcrosson@wsgr.com
   Email: cgaudette@wsgr.com
8
9  Attorneys for Defendants Hugh C. Martin,
   Brook Byers, William C. Ericson, Michael
   Hunkapiller, Randall S. Livingston, Susan
10 Siegel, David Singer and Nominal Defendant
   Pacific Biosciences of California, Inc.
11

12                    IN THE UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                              OAKLAND DIVISION

15

16 ROBERT BURLINGAME, Derivatively on      )   CASE NO.:  4:11-CV-6703 (CW)
   Behalf of PACIFIC BIOSCIENCES OF        )
17 CALIFORNIA, INC.,                        )   **STIPULATION AND [PROPOSED]
                                            )   ORDER FOR VOLUNTARY
18            Plaintiff,                     )   DISMISSAL WITHOUT PREJUDICE
                                            )   OF PLAINTIFF'S VERIFIED
19       v.                                 )   SHAREHOLDER DERIVATIVE
                                            )   COMPLAINT**
20 HUGH C. MARTIN, BROOK BYERS,            )
   WILLIAM W. ERICSON, MICHAEL             )
21 HUNKAPILLER, RANDALL S. LIVINGSTON,     )
   SUSAN SIEGEL, and DAVID SINGER,         )
22                                          )
23            Defendants,                   )
                                            )
24 and                                      )
                                            )
25 PACIFIC BIOSCIENCES OF CALIFORNIA,      )
   INC.,                                    )
26            Nominal Defendant.            )
                                            )
27 ─────────────────────────────────────

28

1    Defendants Hugh C. Martin, Brook Byers, William C. Ericson, Michael Hunkapiller,

2    Randal S. Livingston, Susan Siegel, and David Singer, along with Nominal Defendant Pacific

3    Biosciences of California, Inc. ("PacBio") (collectively, the "Defendants"), and Plaintiff Robert

4    Burlingame ("Plaintiff") (together, the "Parties") hereby stipulate and agree as follows:

5    WHEREAS, purportedly acting on behalf of Nominal Defendant PacBio, Plaintiff filed his

6    Verified Shareholder Derivative Complaint (Dkt. No. 1) on December 29, 2011, (the "Action")

7    against certain current and former PacBio officers and directors, asserting, among other things,

8    breach of fiduciary duty, waste of corporate assets, and unjust enrichment;

9    WHEREAS, on March 9, 2012, the Court approved the Parties' stipulation that Defendants

10   shall not be required to respond to Plaintiff's allegations unless and until Plaintiff files an amended

11   complaint following the resolution of all motions to dismiss in a related putative securities class

12   action, captioned *Primo v. Pacific Biosciences of California, Inc., et al.*, Case No. 4:11-CV-6599

13   (N.D. Cal.), which has not yet occurred;

14   WHEREAS, Plaintiff and Plaintiff's counsel have considered the relevant case law and

15   the potential hurdles to successfully proceeding with this Action derivatively, and believe that

16   given the unique facts and circumstances particular to this Action, the litigation risks of

17   proceeding with this Action outweigh the potential benefit to Nominal Defendant PacBio and its

18   shareholders.  Accordingly, the Parties have conferred and agreed that, in the interests of PacBio

19   and its shareholders, as well as efficiency and conservation of judicial resources, Plaintiff shall

20   voluntarily dismiss this Action without prejudice;

21   WHEREAS, none of the Defendants in this action has entered into a settlement with

22   Plaintiff in connection with this voluntary dismissal and neither Plaintiff nor his counsel have

23   received or will receive any form of consideration from any of the Defendants in exchange for

24   dismissing this Action;

25   NOW, THEREFORE, the Parties, by and through their undersigned counsel, hereby

26   stipulate and agree, pursuant to Federal Rules of Civil Procedure 23.1(c) and  41(a), subject to the

27   Court's approval, as follows:

28   1.    This Action shall be dismissed without prejudice;

STIP. AND [PROPOSED] ORDER DISMISSING COMPL.          -2-
CASE NO. 4:11-CV-6703 (CW)

1   2.  Each party shall bear its own costs, expenses, and attorneys' fees.

2   Because the Action is in its preliminary stages, it is respectfully submitted that no notice is

3 required under Federal Rule of Civil Procedure 23.1 and that Nominal Defendant PacBio and its

4 shareholders will not be prejudiced by this dismissal.

5

6 Dated: April 11, 2013       WILSON SONSINI GOODRICH & ROSATI
                Professional Corporation
7

                By:  s/ Catherine E. Moreno
8                  CATHERINE E. MORENO

9                  650 Page Mill Road
                  Palo Alto, CA 94304
10                 Telephone: (650) 493-9300
                  Facsimile: (650) 493-6811
11

12                *Attorneys for Defendants Hugh C. Martin,*
                *Brook Byers, William C. Ericson, Michael*
                *Hunkapiller, Randall S. Livingston, Susan*
13                *Siegel, David Singer and Nominal Defendant*
                *Pacific Biosciences of California, Inc.*
14

15 Dated: April 11, 2013       BRAMSON PLUTZIK MAHLER &
                BIRKHAEUSER, LLP
16

17                By:  s/ Michael S. Strimling
                  MICHAEL S. STRIMLING
18

19                 2125 Oak Grove Road, Suite 120
                  Walnut Creek, CA 94598
                  Telephone: (925) 945-0200
20                 Facsimile: (925) 945-8792

21                *Attorneys for Plaintiff Robert Burlingame*

22

23            **~~[PROPOSED]~~ ORDER**

24   Pursuant to the foregoing stipulation of counsel for the respective parties hereto, and

25 good cause appearing, IT IS SO ORDERED.

26

27 Dated: April 12, 2013      By:
28                The Honorable Claudia Wilken
                United States District Judge